VICK LAW GROUP, APC
  Scott Vick (No. 171944)
  Jason Riddick (No. 235980)
800 West Sixth Street, Suite 1220
Los Angeles, California 90017
Telephone:  (213) 784-6227
Facsimile:  (213) 784-6226
E-Mail:  Scott@vicklawgroup.com
         Jason@vicklawgroup.com

ICE MILLER LLP
  Bart T. Murphy (*pro hac vice application to be filed*)
2300 Cabot Drive, Suite 455
Lisle, Illinois 60532
Telephone: 630.955.6392
Facsimile: 630.955.4271
E-Mail: bart.murphy@icemiller.com

Attorneys for Defendant
TOMY INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAFTWOOD II, INC. a California corporation, d/b/a Bay Hardware, individually and purportedly on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TOMY INTERNATIONAL, INC., a Delaware corporation, and DOES 1 through 1,000, inclusive,<br><br>    Defendants. | CASE NO.  **'12CV2250 WQHBGS**<br><br>[Orange County Superior Court Case No. 30-2012-00590815-CU-MC-CXC]<br><br>**NOTICE OF REMOVAL OF ACTION UNDER § 29 U.S.C. § 1331 (FEDERAL QUESTION)** |

**NOTICE OF REMOVAL**

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendant Tomy International Inc. ("Tomy") hereby removes this action from the Superior Court of the State of California, County of Orange, to the United States District Court for the Central District of California and sets forth in support of its Notice of Removal of Action the following:

1.	On August 14, 2012, an action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled *Craftwood II, Inc. v. Tomy International, Inc. et al.*, Superior Court of the County of Orange, Case No. 30-2012-00590815-CU-MC-CXC.  True and correct copies of the complaint (the "Complaint") and summons in that action are attached hereto as Exhibits A and B, respectively.

2.	The Complaint alleges a single claim for violation of a federal statute, namely the Telephone Consumer Protection Act (47 U.S.C. §227).  Since the Complaint alleges a federal claim, pursuant to 28 U.S.C. §1331, this Court has subject matter jurisdiction.  *See Mims v. Arrow Fin. Services, LLC*, 132 S. Ct. 740, 742 (2012).

3.	On August 16, 2012, Tomy was served with the Complaint, and, under cover of a letter, with the following discovery demands by Plaintiff Craftwood II, Inc. ("Craftwood"):  Craftwood's First Set of Form Interrogatories, Craftwood's First Set of Requests for Production of Documents, Craftwood's First Set of Special Interrogatories, and Craftwood's First Set of requests for Admission, which are attached hereto as Exhibits C, D, E, and F, respectively.

## The Other Requirements For Removal Are Met

4.	This Notice of Removal is being filed within thirty (30) days of service on the first-served defendant. Thus, this Notice of Removal is timely filed under 28 U.S.C. §1446(b).

5. Removal to this Court is proper as the Superior Court of the State of California, County of Orange, where this action was originally filed, is located within this district.

6. Counsel for Tomy certifies that it will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Orange, and give notice of same to counsel for Craftwood.

DATED: September 14, 2012    VICK LAW GROUP, APC

- and -

ICE MILLER LLP


By   /s/
    SCOTT VICK
    Attorneys for Defendant
    TOMY INTERNATIONAL INC.