1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8                     CENTRAL DISTRICT OF CALIFORNIA

9                           SOUTHERN DIVISION

10

11                                          CASE NO.  SACV12-1710 DOC (ANx)

CRAFTWOOD II, INC. a California
12   corporation, d/b/a Bay Hardware,
     individually and purportedly on behalf of   **ORDER ON STIPULATION TO**
13   all others similarly situated,              **RESCHEDULE  CLASS**
                                                 **CERTIFICATICATION BRIEFING**
14            Plaintiffs,                        **AND HEARING TO ALLOW**
                                                 **BOARD RATIFICATION OF**
15   v.                                          **SETTLEMENT**
                                                 **DOCUMENTATION AND TO**
16   TOMY INTERNATIONAL, INC, JOHN               **ALLOW THE FILING  OF A**
     DEERE SHARED SERVICES, INC. and            **MOTION FOR PRELIMINARY**
17   CNH AMERICA LLC,                            **APPROVAL OF SETTLEMENT**
                                                 **[124]**
18            Defendants.
                                                 [Stipulation Filed Concurrently
19                                               Herewith]

20

21

22

23

24

25

26

27

28



**ORDER**

1
2
3
4

Having read and considered the parties' Stipulation to Reschedule Class Certification Briefing and Hearing to Allow Board Ratification of Settlement Documentation and to Allow the Filing of a Motion for Preliminary Approval of Settlement, the Court hereby Orders that, in light of the impending settlement:

5
6

(1)    The deadline by which Plaintiff must move for class certification is moved to August 25, 2014;

7
8

(2)    The hearing date for any motion for class certification is moved to October 13, 2014 or such other date that is convenient for the Court.

9
10

Dated:   August 1, 2014

*David O. Carter*

Honorable David O. Carter
United States District Judge

11
12
13
14

4815-2527-8492.1

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**ORDER**