Law Offices of Scott Z. Zimmermann
Scott Z. Zimmermann, Bar No. 78694
szimm@zkcf.com
601 S. Figueroa Street, Suite 2610
Los Angeles, California 90017
Telephone: (213) 452-6509
Facsimile: (213) 622-2171

Payne & Fears LLP
C. Darryl Cordero, Bar No. 126689
cdc@paynefears.com
801 S. Figueroa Street, Suite 1150
Los Angeles, California 90017
Telephone: (213) 439-9911
Facsimile: (213) 439-9922

Attorneys for Plaintiff/Certified Class Representative Craftwood II, Inc., dba Bay Hardware, and for the Certified Settlement Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| CRAFTWOOD II, INC., a California corporation, d/b/a as Bay Hardware, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>TOMY INTERNATIONAL, INC. (f/k/a RC2 Corporation), *et al.*,<br><br>    Defendants. | Case No. SACV12-1710 DOC (ANx)<br><br>**Class Action**<br><br>**Notice of Joint Motion for Approval of Distributions of Uncashed Settlement Checks**<br><br>Date:         October 26, 2015<br>Time:         8:30 a.m.<br>Courtroom:    9D<br>Before:       Judge David O. Carter<br><br>Discovery Cut-Off:   N/A<br>Pre-Trial Conf.:     N/A<br>Trial:               N/A |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 26, 2015, at 8:30 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable David O. Carter, located at 411 West 4th St., Santa Ana, California 92701, Courtroom 9D, Plaintiff/Certified Class Representative Craftwood II, Inc. ("Craftwood") and Defendant TOMY International, Inc. ("TOMY") hereby jointly move this Court for orders approving distributions of funds represented by uncashed settlement checks as recommended by them.

This Motion is made pursuant to paragraph 4.B of the parties' settlement agreement and is based on this Notice of Motion and the concurrently submitted Memorandum in support of the Motion, and all other submissions, filings or argument that may be presented by Craftwood or TOMY prior or at the hearing of this Motion.

Dated: September 23, 2015        Law Offices of Scott Z. Zimmermann and
                                 Payne & Fears LLP

                                 By:      /s/ Scott Z. Zimmermann
                                         Scott Z. Zimmermann
                                 Attorneys for Plaintiff/Certified Class
                                 Representative Craftwood II, Inc., dba Bay
                                 Hardware, and the Certified Settlement
                                 Class

| | | |
|---|---|---|
| 1 | Dated: September 23, 2015 | Ice Miller LLP |
| 2 | | |
| 3 | | By: _____/s/ Bart Murphy_____ |
| 4 | | Bart Murphy |
| 5 | | Attorneys for Defendant TOMY International, Inc. |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
801 S. FIGUEROA STREET, SUITE 1150
LOS ANGELES, CALIFORNIA 90017
(213) 439-9911

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 24, 2015, I electronically filed the foregoing with the Clerk of the United States District Court for the Central District of California using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                            s/ Scott Z. Zimmermann
                                            Scott Z. Zimmermann

PAYNE & FEARS LLP
ATTORNEYS AT LAW
801 S. FIGUEROA STREET, SUITE 1150
LOS ANGELES, CALIFORNIA 90017
(213) 439-9911