# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CRAFTWOOD II, INC., a California corporation, d/b/a Bay Hardware, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>TOMY INTERNATIONAL, INC., *et al.*,<br><br>　　　Defendants. | Case No. SACV12-1710 DOC (ANx)<br><br>**Class Action**<br><br>**Supplemental Declaration of Phil Cooper re Completion of Administration and Distribution of Monies** |

I, Phil Cooper, declare and state:

1. I am a Senior Consultant at Kurtzman Carson Consultants LLC ("KCC"), the Claims Administrator for the settlement in the above-referenced case involving Craftwood II, Inc. ("Plaintiff") and TOMY International, Inc. ("TOMY"), John Deere Shared Services, Inc. and CNH Industrial America LLC (collectively "Defendants"). I am principally responsible for the activities of KCC in connection with the administration of the settlement. I therefore have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. This declaration supplements the declarations I executed on January 14, 2015 and February 12, 2015 regarding the administration of the settlement.

2. On May 8, 2015, KCC issued payments to 1,008 class members totaling $6,942,388.86.

3. On April 15, 2015, KCC issued payments of $35,550.74 as reimbursement of costs and $3,000,000 as fees ($3,035,550.74 total) to Class Counsel pursuant to the Court's Final Approval Order. (Dkt. No. 141.)

4. On April 15, 2015, KCC issued payment of $15,000 to an account held by Scott Z. Zimmermann for benefit of Plaintiff Craftwood II, Inc. as its incentive award as provided in the Court's Final Approval Order.

5. As detailed in the Court's order dated October 19, 2015, $40,008.01 remained in the settlement fund as the result of uncashed checks following the stale date for class member payments. (Dkt. No. 144.) Pursuant to the October 19 order KCC issued three replacement checks to class members as follows: Clatsop Power Equipment ($6,276.82); Stoltz Sales & Service ($4,345.49) and Alba Santana ($482.83). All three checks have been negotiated.

6. The remaining balance of the $40,008.01 was distributed pursuant to the October 19 order as follows: Electronic Privacy Information Center

1 ($14,451.44); Ann & Robert H Lurie Children's Hospital of Chicago ($14,451.43). Both checks have been negotiated.

7. As of the date of this declaration all funds received by KCC for distribution have been distributed and the settlement administration is complete.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 14th day of January 2016 at Novato, California.

_____
Phil Cooper